IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| JEFFREY HOEFLICKER, *on behalf of himself and those similarly situated,* | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 15-00679-CV-W-BP |
| CPC LOGISTICS, INC. | ) ) ) | |
| Defendant. | ) | |

## ORDER

The parties' Joint Motions, (Doc. 41 & Doc. 42), to modify the Court's Order granting preliminary approval of class action settlement, (Doc. 39), are **GRANTED.** The following dates in Court's prior Order are changed:

| **November 21, 2016** | Deadline for Parties to file the following: (1) List of persons who made timely and proper requests for exclusion (under seal); and (2) Proof of Class Notice. |
|---|---|
| **December 6, 2016** | Motion and memorandum in support of final approval, including responses to any objections. |
| **December 20, 2016, at 1:30 p.m.** | Final Approval Hearing Courtroom 7A, U. S. District Courthouse, Kansas City, MO |

The Notices sent to the class members shall also be modified accordingly.

IT IS SO ORDERED.

       /s/ Beth Phillips
       BETH PHILLIPS, JUDGE
DATED: August 26, 2016       UNITED STATES DISTRICT COURT